IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENNIS FREEMAN,

      Plaintiff,

v.                                                    CASE NO. 4:11-cv-00037-WS-GRJ

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONALS,

      Defendant.

_____/

## **O R D E R**

      Plaintiff is a prisoner proceeding *pro se*, alleging that the policy of the Florida Department of Corrections, codified at Fla. Admin. Code. Ann. r. 33-602.22, violates his First Amendment rights by restricting him to religious reading materials only while in disciplinary confinement.  (Doc. 1.)  Plaintiff was initially granted leave to proceed as a pauper. (Doc. 3.)  Plaintiff, however, has now paid the full filing fee.  (Doc. 7.)  As such, Plaintiff is responsible for serving the complaint upon the Defendant. Service by the United States Marshals Service is available only to those persons proceeding IFP or upon special request.  Fed. R. Civ. P. 4(c)(3).

      Even though Plaintiff is not an attorney it is his responsibility to follow the applicable rules for service. Plaintiff is reminded that defendants must be served within 120 days from the date of the filing of the complaint.  Fed. R. Civ. P. 4(m).  The complaint was filed on January 25, 2011.  (Doc. 1.)  Extensions of this deadline may be granted upon a showing of good cause.  Fed. R. Civ. P. 4(m).

      There are two ways to serve a Defendant, either through personal service

(formal service), which means delivering a copy of the complaint and summons to the Defendant, or by requesting that the Defendant waive formal service. The waiver of service is the most cost effective means of serving a Defendant.

To effect formal service of process, the Defendant must be personally delivered a copy of the complaint and a summons that will be issued to Plaintiffs by the Clerk of this court. The forms will be sent to him in blank, but he must complete the names and addresses and return them before the Clerk will sign and issue them. Such personal delivery may be made by anyone who is at least 18 years of age and is not a party to this action.

Alternatively, Rule 4(d) allows Plaintiff the option of sending an individual or corporate defendant a notice of the commencement of the action and a request that the Defendant waive formal service of process. If the Defendant fails to return the waiver form (which Plaintiff must enclose), Plaintiff must formally serve the Defendant, and the Defendant may be liable for costs of formal service. Plaintiff should thoroughly review Rule 4 before attempting service by either of the above methods.

Accordingly, it is

**ORDERED:**

1. The Clerk shall forward to Plaintiff a copy of Fed. R. Civ. P. 4, one blank summons and two copies of AO 398, so that Plaintiff may request the Defendant to waive formal service, if applicable.

2. If Plaintiff elects to attempt formal service, he shall complete each summons and return to the Clerk within 20 days of this date. If the summonses are completed and returned, the Clerk shall issue a summons for each defendant indicating that they

have twenty-one (21) days to respond to the complaint.

       3.  Plaintiff is reminded that it is his responsibility to serve Defendants within 120 days of the filing of the original complaint.  Failure to timely serve Defendants in this case will result in a recommendation to the District Judge that the case be dismissed.

       4.  After a response to the complaint has been filed by a Defendant, Plaintiff is required to mail to the attorney for the Defendants a copy of every pleading or other paper, including letters, submitted for consideration by the Court.  Plaintiff must include with the original paper to be filed with the Clerk of Court a certificate of service which states the date a correct copy of the paper was mailed to the Defendants or the attorney representing the Defendants.  Any paper submitted for filing after a response to the complaint has been filed by the Defendants which does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

       **DONE AND ORDERED** this 18th day of March, 2011.


*s/Gary R. Jones*
_____
GARY R. JONES
United States Magistrate Judge